Third-Party Actions.) (Appeal No. 11.)—Judgment unanimously affirmed without costs. Same opinion by Denman, J., as in *Nelson v Garcia* ([appeal No. 2] 152 AD2d 22 [decided herewith]). (Appeal from judgment of Supreme Court, Erie County, Rath, J.—summary judgment.) Present—Callahan, J. P., Denman, Boomer, Balio and Lawton, JJ.

■ JOHN C. NELSON, JR., et al., Plaintiffs, v RICHARD G. GARCIA et al., Appellants and Third-Party Plaintiffs-Appellants, and TOWN OF HOLLAND, Respondent, et al., Defendants, et al., Third-Party Defendants. (And Three Other Actions And Third-Party Actions.) (Appeal No. 12.)—Judgment unanimously affirmed without costs. Same opinion by Denman, J., as in *Nelson v Garcia* ([appeal No. 2] 152 AD2d 22 [decided herewith]). (Appeal from judgment of Supreme Court, Erie County, Rath, J.—summary judgment.) Present—Callahan, J. P., Denman, Boomer, Balio and Lawton, JJ.

■ JOHN C. NELSON, JR., et al., Plaintiffs, v RICHARD G. GARCIA et al., Appellants and Third-Party Plaintiffs-Appellants, and TOWN OF HOLLAND, Respondent, et al., Defendants, et al., Third-Party Defendants. (And Three Other Actions And Third-Party Actions.) (Appeal No. 13.)—Judgment unanimously affirmed without costs. Same opinion by Denman, J., as in *Nelson v Garcia* ([appeal No. 2] 152 AD2d 22 [decided herewith]). (Appeal from judgment of Supreme Court, Erie County, Rath, J.—summary judgment.) Present—Callahan, J. P., Denman, Boomer, Balio and Lawton, JJ.

■ JOHN C. NELSON JR., et al., Plaintiffs, v RICHARD G. GARCIA et al., Appellants and Third-Party Plaintiffs-Appellants, and TOWN OF HOLLAND, Respondent, et al., Defendants, et al., Third-Party Defendants. (And Three Other Actions And Third-Party Actions.) (Appeal No. 14.)—Judgment unanimously affirmed without costs. Same opinion by Denman, J., as in *Nelson v Garcia* ([appeal No. 2] 152 AD2d 22 [decided herewith]). (Appeal from judgment of Supreme Court, Erie County, Rath, J.—summary judgment.) Present—Callahan, J. P., Denman, Boomer, Balio and Lawton, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LARRY TILLMAN, Appellant.—Judgment unanimously affirmed. Memorandum: Defendant was convicted of criminal possession of a weapon in the third degree based upon the discovery of a billy club in defendant's impounded automobile. On appeal, he contends that reversal is required because the People failed to provide *Rosario* material *(see, People v Rosario,* 9 NY2d 286,